FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

2010 JUN 22 AM 11:19

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

PEOPLE OF THE UNITED STATES OF AMERICA & ROBERT FULTON PFEIFFER
Plaintiff

vs.

Case Number: 5:10-cv-275-Oc-99 GRJ

BRITISH PETROLEUM OF THE UNITED STATES & UNITED KINGDOM (ENGLAND)
Defendant

## COMPLAINT

THIS SUIT IS FILED AGAINST BRITISH PETROLEUM & ITS SUBSIDIARIES FOR THE PERMANENT DAMAGE TO THE GULF OF MEXICO AND ITS SURROUNDING ENVIRONMENT — THE DEATH OF THOUSANDS OF WILDLIFE — BIRDS, FISH, AND OTHER SEA CREATURES & THE FUTURE PERMANENT DAMAGE TO THE COASTLINES AND THE DESTRUCTION OF THE LIVELYHOODS OF THOUSANDS OF RESIDENTS, NEEDLESS TO SAY THE LOSS OF VALUE TO THE REAL ESTATE.

NEXT PAGE

Receipt # C-8504
@ $350—

Case 5:10-cv-00275-UATC-GRJ   Document 1   Filed 06/22/10   Page 2 of 3

The production of oil / and its leaking of more than 25,000 barrels a day into the Gulf of Mexico should never have been allowed to continue this many weeks & days.

Proper shut off valves & or equipment was not installed as required. According to recent data available, British Petrolium can pay the cost of clean up with 3.8 days of profit!

Therefore the purpose of this suit is "To eliminate the need for oil to power our vehicles". I request a 20 year settlement of $5.00 / barrel on all BP wells & refineries along the coast, or shipped into the United States.

NEXT PAGE

All funds will be used to establish research & manufacturing facilities along the Gulf Coast to build non oil consuming vehicles. A group of environmentalist / engineers / and automotive production specialists will be headquartered in Florida. When this suit is won the American people can be proud that they are doing something positive to eliminate the demand for oil by building clean energy vehicles.

Robert Pfeiffer
Name

Box 771233
Street Address

Ocala FL. 34477
City    State   Zip Code

352-620-4200
Telephone Number